UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| AMERICAN OVERSIGHT, | ) ) ) | |
| *Plaintiff*, | ) ) | |
| v. | ) ) | Civil Action No. 20-322 |
| U.S. DEPARTMENT OF STATE, | ) ) ) | |
| *Defendant*. | ) ) | |

## NOTICE OF WITHDRAWAL OF ATTORNEY DANIEL A. MCGRATH

Daniel A. McGrath respectfully withdraws his appearance for Plaintiff in this matter. Plaintiff will continue to be represented by other counsel who have entered appearances on its behalf.


Dated: April 29, 2021

Respectfully submitted,

*/s/ Daniel A. McGrath*
D.C. Bar No. 1531723

AMERICAN OVERSIGHT
1030 15th Street NW, B255
Washington, DC 20005
(202) 897-4213
daniel.mcgrath@americanoversight.org

*Counsel for Plaintiff*